# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER HOWELL, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. 4:23-cv-00559-MTS |
| ASHLEY SKAGGS, *et al.*, | ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on pro se prisoner Alexander Howell's Motion for Leave to Proceed in Forma Pauperis. For the reasons recently explained at length by the Court in *Howell v. Davis*, 4:23-cv-687-RWS, 2023 WL 5528030 (E.D. Mo. Aug. 28, 2023), and *Howell v. Paine*, 4:23-cv-00465-SEP, 2023 WL 5333657 (E.D. Mo. Aug. 18, 2023), Plaintiff is subject to the three strikes rule under 28 U.S.C. § 1915(g). Therefore, the Court must deny Plaintiff's Motion for Leave to Proceed in Forma Pauperis, and the Court will enter a separate Order of Dismissal dismissing this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Doc. [2], is **DENIED**.

**IT IS FURTHER ORDERED** that the issuance of a certificate of appealability is **DENIED**.

Dated this 19th day of September 2023.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE